UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

APR 1 9 2006

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | CRIMINAL NO. 2:06CR280 |
| | § | |
| SARA C. SALEM | § | |

## ORDER

It appearing to the Court that a Criminal Information has been filed against the defendant listed below, it is hereby ORDERED that the clerk of Court issue a criminal summons for the appearance of said defendant.

<u>Defendant</u>                                                    <u>Amount of Bail</u>

SARA C. SALEM                                              Personal Recognizance

Corpus Christi, TX

ENTERED at Corpus Christi, Texas, this ____19____ day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE